1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10   **SCOTT JOHNSON**,                    | **Case No**. 2:14-CV-02323-JAM-
11              Plaintiff,                  | EFB
12         v.                              | [ORDER] TO EXTEND DATE FOR
13   **KELLIE ANNE JACOBS, in her**        | FILING DISMISSAL
     **individual and representative**
14   **capacity as Trustee--The Kellie Anne**
     **Revocable Trust;**
15   **VALLEY   BREWING   COMPANY,**
     **INC., a California Corporation; and**
16   **Does 1-10**,
17              Defendants,

18
19         Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants KELLIE ANNE
20   JACOBS, in her individual and representative capacity as Trustee--The Kellie
     Anne Revocable Trust; VALLEY BREWING COMPANY, INC., a California
21   Corporation ("Defendants") hereby stipulate to extend the deadline to file
22   Dismissal to February 15, 2017.
23         IT IS SO ORDERED.
24   DATED:  1/13/2017              /s/ John A. Mendez
25                                  United States District Court Judge
26
27
28

                                   1